UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

State Farm Mutual Automobile
Insurance Co.,
    Plaintiff,

vs

United States of America, et al.
    Defendants

Civil Action No. 1:12cv530

Bowman, M.J.

ORDER

The parties having reached an agreement to settle this.

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, move to reopen the action if settlement is not consummated.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

IT IS SO ORDERED.

*Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge